UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: VILLONA MARYASH

1:23-CV-7524 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the November 6, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  November 6, 2023
         New York, New York

                                                       /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                            Chief United States District Judge